IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **RICHARD SCOTT AND BARBARA WIDEN, Individually and All Others Persons Similarly Situated,** )<br>)<br>)<br>)<br>**Plaintiffs** )<br>)<br>**Vs.** )<br>)<br>**MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; WAL-MART STORES, INC** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants** | Case No. ____07-5055____ |

## NOTICE OF ATTORNEY APPEARANCE

Comes now Jack T. Patterson II, of the law firm Patton, Roberts, McWilliams & Capshaw, LLP, and hereby enters his appearance as an attorney of record in this cause on behalf of Plaintiffs Richard Scott and Barbara Widen, and requests the Clerk of the above named Court to enter the same of record.

Respectfully submitted,

__/s/ Jack T. Patterson II_____
Jack T. Patterson II
State Bar No. 95012

**PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, L.L.P.**
Stephens Building, Suite 1315
111 Center Street
Little Rock, Arkansas 72201
Telephone 501-372-3480
Facsimile 501-372-3488

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served upon all known counsel of record in the above action by electronic filing on this 4th day of April, 2007.

                         /s/ Jack T. Patterson II
                         Jack T. Patterson II