IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| RICHARD SCOTT AND BARBARA WIDEN, Individually and All Others Persons Similarly Situated,  )<br>)<br>)<br>)<br>  Plaintiffs                )<br>)<br>Vs.                                )<br>)<br>MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; WAL-MART STORES, INC   )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ___07-5055___ |

**Defendants**

## NOTICE OF ATTORNEY APPEARANCE

Comes now Rick A. Adams, of the law firm Patton, Roberts, McWilliams & Capshaw, LLP, and hereby enters his appearance as an attorney of record in this cause on behalf of the Plaintiffs Richard Scott and Barbara Widen, and requests the Clerk of the above named Court to enter the same of record.

Respectfully submitted,

__/s/ Rick A. Adams___
Rick A. Adams
Arkansas Bar No. 97036

        **PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, L.L.P.**
        2900 St. Michael Drive, Suite 400
        Texarkana, TX 75503
        Telephone (903) 334-7000
        Facsimile (903) 334-7007

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the above and foregoing document was served upon all known counsel of record in the above action by electronic filing on this 4th day of April, 2007.

            /s/ Rick A. Adams
            Rick A. Adams