IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **RICHARD SCOTT AND BARBARA WIDEN, Idividually and All Ohers Persons Similarly Situated,** ) ) ) ) | Case No. ____07-5055____ |
| **Plaintiffs** ) ) ) | |
| Vs. ) ) | |
| **MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; WAL-MART STORES, INC** ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants** | |

## NOTICE OF ATTORNEY APPEARANCE

Comes now Sean F. Rommel, of the law firm Patton, Roberts, McWilliams & Capshaw, LLP, and hereby enters his appearance as an attorney of record in this cause on behalf of the Plaintiffs Richard Scott and Barbara Widen, and requests the Clerk of the above named Court to enter the same of record.

Respectfully submitted,

__/s/_ Sean F. Rommel_____
Sean F. Rommel
Arkansas Bar No. 94158

PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, L.L.P.
2900 St. Michael Drive, Suite 400
Texarkana, TX 75503
Telephone (903) 334-7000
Facsimile (903) 334-7007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served upon all known counsel of record in the above action by electronic filing on this 4th day of April, 2007.

/s/ Sean F. Rommel
Sean F. Rommel