UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| RICHARD SCOTT AND BARBARA WIDEN, individually and All others Persons Similarly Situated, )<br><br>Plaintiffs )<br><br>v. )<br><br>MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; WAL-MART STORES, INC )<br><br>Defendants | Case No.: 07-5055 |

### ENTRY OF APPEARANCE

COMES NOW, Timothy Hutchinson, and WILLIAMS & HUTCHINSON, L.L.P., attorney for the Plaintiffs, Richard and Barbara Widen, and respectfully enters his Entry of Appearance in the above referenced case.

Respectfully Submitted this 13th day of April, 2007.

WILLIAMS & HUTCHINSON, L.L.P.
5417 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
(479) 464-4944

By: _____
Timothy Hutchinson
Arkansas Bar No: 2000-030

**ATTORNEY FOR PLAINTIFF**