UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| RICHARD SCOTT and BARBARA WIDEN, Individually and All other Persons Similarly Situated <br>     Plaintiffs <br><br> vs. <br><br> MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC., MENU FOODS HOLDINGS, INC., WAL-MART STORES, INC. <br>     Defendants | ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) Case No. CV 07-5055 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO STAY

COME NOW the Defendants, MENU FOODS, MENU FOODS INCOME FUND, MENU FOODS GEN PAR LIMITED, MENU FOODS LIMITED PARTNERSHIP, MENU FOODS OPERATING PARTNERSHIP, MENU FOODS MIDWEST CORP, MENU FOODS SOUTH DAKOTA, MENU FOODS, INC. AND MENU FOODS HOLDINGS, INC., (collectively referred to as "MENU FOODS"), by and through counsel, JONES & HARPER, and move this Court to stay all proceedings in this action, including but not limited to Separate Defendants' obligation to timely

respond to Plaintiffs' Complaint, pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. §1407 and pending a determination of class certification by the transferor court pursuant to Federal Rules of Civil Procedure 23(d)(1). In support of their Motion to Stay, Separate Defendants have attached Exhibits A, B, C, and D, and contemporaneously have filed with the Court a Brief in Support of their Motion to Stay.

WHEREFORE, Separate Defendants, MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS, INC. and MENU FOODS HOLDINGS, INC., respectfully request this Honorable Court enter an Order staying further proceedings in this matter, including but not limited to Separate Defendants' obligation to timely respond to Plaintiffs' Complaint, pending the transfer decision by the Judicial Panel and a determination of class certification by the transferor court.

Respectfully submitted,

   /s/ Christy Comstock
Christy Comstock (AR #92246)
Robert L. Jones, III (AR #69041)
Jones & Harper
21 West Mountain, Suite 300
Fayetteville, AR 72701
(479) 582-3382
Fax (479) 587-8189

And

Edward B. Ruff
Michael P. Turiello
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973

ATTORNEYS FOR SEPARATE DEFENDANTS, MENU FOODS, MENU FOODS INCOME FUND, MENU FOODS GEN PAR LIMITED, MENU FOODS LIMITED PARTNERSHIP, MENU FOODS OPERATING PARTNERSHIP, MENU FOODS MIDWEST CORP, MENU FOODS SOUTH DAKOTA, MENU FOODS, INC. and MENU FOODS HOLDINGS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this _____ day of April 2007, by first class mail, postage prepaid to:

Jeremy Y. Hutchinson
Jack Thomas Paterson II
PATTON, ROBERTS, MCWILLIAMS
 & CAPSHAW, LLP
Stephens Building
111 Center St., Suite 1315
Little Rock, AR 72201

And

Richard Adams
James C. Wyly
Sean F. Rommel
PATTON, ROBERTS, MCWILLIAMS
 & CAPSHAW, LLP
Century Bank Plaza, Suite 400
PO Box 6128
Texarkana, TX 75505-6128

Attorney for the Plaintiffs


                                                  /s/ Christy Comstock
                                                  Christy Comstock