**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**RICHARD SCOTT and BARBARA**                                    **PLAINTIFFS**
**WIDEN, Individually and All other Persons**
**Similarly Situated,**

**vs.**                                    **NO.   CV 2007-5055**

**MENU FOODS; MENU FOODS INCOME**                        **DEFENDANTS**
**FUND; MENU FOODS GEN PAR**
**LIMITED; MENU FOODS LIMITED**
**PARTNERSHIP; MENU FOODS**
**OPERATING PARTNERSHIP; MENU**
**FOODS MIDWEST CORP.; MENU**
**FOODS SOUTH DAKOTA; MENU**
**FOODS, INC.; MENU FOODS**
**HOLDINGS, INC.; and WAL-MART**
**STORES, INC**

## ENTRY OF APPEARANCE

Marshall S. Ney, of the law firm of Mitchell, Williams, Selig, Gates & Woodyard,

P.L.L.C., hereby enters his appearance as counsel on behalf of Separate Defendant, Wal-Mart

Stores, Inc. and requests that he receive copies of any and all further notices, pleadings or

correspondence in this matter from this point forward.

This 25th day of April, 2007.

Respectfully submitted,

/s/ Marshall S. Ney
Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES &
    WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone: 479-464-5653; Fax: 479-464-5680
mney@mwsgw.com

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Richard A. Adams
radams@pattonroberts.com

Christy Comstock
ccomstock@joneslawfirm.com

Jeremy Young Hutchinson
jhutchinson@pattonroberts.com

Timothy Chad Hutchinson
thutchinson@whs-lawfirm.com

Jack T. Patterson, II
jpatterson@pattonroberts.com

Sean F. Rommel
srommel@pattonroberts.com

James C. Wyly
jwyly@pattonroberts.com

_____/s/ Marshall S. Ney_____
Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES &
    WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone:  479-464-5653
Fax:  479-464-5680
mney@mwsgw.com

1059271.1

2