**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**RICHARD SCOTT and BARBARA WIDEN, Individually and All other Persons Similarly Situated,** **PLAINTIFFS**

**vs.** **NO. CV 2007-5055**

**MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP.; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; and WAL-MART STORES, INC** **DEFENDANTS**

**MOTION FOR CLERK'S EXTENSION**

Separate Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), by its attorneys Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for its Motion for Clerk's Extension, states:

1. Wal-Mart received Plaintiffs' Summons and Complaint by Certified Mail addressed to "Wal-Mart Stores, Inc." on April 10, 2007.

2. In the event service of the Summons and Complaint is considered effective, which Wal-Mart does not concede, Wal-Mart's first responsive pleading is due to be filed on April 30, 2007.

3. Pursuant to Local Rule 6.2, Wal-Mart requests an additional 15 days to file its first responsive pleading.

4. Counsel for Plaintiffs has consented to the extension.

Dockets.Justia.com

WHEREFORE, Separate Defendant Wal-Mart Stores, Inc. prays that the deadline for its first responsive pleading be extended until May 15, 2007, and for all other just and proper relief to which it may be entitled.

Respectfully submitted,

/s/ Marshall S. Ney

Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone: 479-464-5653; Fax: 479-464-5680
mney@mwsgw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Richard A. Adams
radams@pattonroberts.com

Christy Comstock
ccomstock@joneslawfirm.com

Jeremy Young Hutchinson
jhutchinson@pattonroberts.com

Timothy Chad Hutchinson
thutchinson@whs-lawfirm.com

Jack T. Patterson, II
jpatterson@pattonroberts.com

Sean F. Rommel
srommel@pattonroberts.com

James C. Wyly
jwyly@pattonroberts.com

/s/ Marshall S. Ney

Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone: 479-464-5653
Fax: 479-464-5680
mney@mwsgw.com

1059262.1