IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD SCOTT, et al                              PLAINTIFF

v.                        Case No. 07-5055

MENU FOODS, et al                                 DEFENDANT

ORDER

Now on this 25th day of April, 2007, there comes on for consideration Separate Defendant, Wal-Mart Stores, Inc., motion for an extension of time in which to file a responsive pleading. The Court, being well and sufficiently advised in the premises and there being no objection from the plaintiff, finds that the motion should be and is hereby granted.

WHEREFORE, the separate defendant, Wal-Mart Stores, Inc. is hereby granted an extension, until the close of business on MAY 15, 2007, in which to file a responsive pleading.

IT IS SO ORDERED.

/s/ Robert Dawson
Robert T. Dawson
United States District Judge