UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SCOTT AND BARBARA WIDEN, Individually and on behalf of all others similarly situated,<br>          Plaintiffs,<br><br>vs.<br><br>MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP.; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; WAL-MART STORES, INC.<br>          Defendants, | CASE NO. CV 07-5055 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS**

Plaintiffs, Scott and Barbara Widen, on behalf of themselves and others similarly situated, by and through their counsel of record, hereby respectfully submit this Response to Defendants' Motion to Stay All Proceedings.

Plaintiffs agree to Defendants' Motion to Stay All Proceedings pending the transfer decision by the Judicial Panel on Multidistrict Litigation in the case styled *In re Pet Food Products Liability Litigation*, MDL No. 1850, and if cases are consolidated, a determination of class certification by the transferor court. Plaintiffs' agreement is contingent on an order that all parties, during the pendency of the stay of this matter, comply with their duty to preserve all evidence that may be relevant to this action. This duty extends to documents, electronic data, and tangible things in the possession, custody

and control of the parties to this action, and any employees, agents, contractors, or carriers who possess materials reasonably anticipated to the subject of discovery in this action. Defendants are aware of the terms of Plaintiffs' agreement and have agreed to said terms.

Dated: April 27, 2007.   By:   /s/ Jeremy Y. Hutchinson
Jeremy Y. Hutchinson

Jack T. Patterson II
**PATTON, ROBERTS, MCWILLIAMS, & CAPSHAW L.L.P.**
111 Center St., Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488

James C. Wyly
Richard A. Adams
Sean F. Rommel
**PATTON, ROBERTS, MCWILLIAMS, & CAPSHAW L.L.P.**
Century Bank Plaza, Suite 400
P.O. Box 6128
Texarkana, Texas 75505-6128
Phone: (903) 334-7000
Fax: (903) 334-7007

Timothy C. Hutchinson
**WILLIAMS & HUTCHINSON LLP**
5417 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
(479) 464-4944

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, the undersigned, of Patton, Roberts, McWilliams, & Capshaw, L.L.P., state that I have caused the above and foregoing document to be served upon defense counsel via e-mail transmission, as follows:

> Christy Comstock
> Robert L. Jones, III
> Jones & Harper
> 21 West Mountain, Suite 300
> Fayetteville, AR 72701
> (479)582-3382
> (479)587-8189 – fax
> ccomstock@joneslawfirm.com
>
> Edward B. Ruff
> Michael P. Turiello
> Pretzel & Stouffer, Chartered
> One South Wacker Drive, Suite 2500
> Chicago, IL 60606
> (312) 346-1973
> (312) 346-8242
> eruff@pretzel-stouffer.com
> mturiello@pretzel-stouffer.com
>
> Marshall S. Ney
> Mitchell, Williams, Selig, Gates,
> Woodyard, PLLC
> 5414 Pinnacle Point Dr. Suite 500
> Rogers, AR 72758-8131
> (479)464-5650
> (479) 464-5680
> mney@mwsgw.com

on this 27th day of April, 2007.          /s/   Jeremy Y. Hutchinson
                                           Jeremy Y. Hutchinson