UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SCOTT AND BARBARA WIDEN, Individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP.; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC.; MENU FOODS HOLDINGS, INC.; WAL-MART STORES, INC.<br>Defendants, | CASE NO. CV 07-5055 |

### AGREED ORDER GRANTING DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS

THIS MATTER having come before the Court upon Defendants', MENU FOODS INC. and MENU FOODS INCOME FUND (Collectively referred to as "MENU FOODS"), Motion to Stay All Proceedings, and the Court having reviewed the record, upon agreement of the parties, and being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendants', MENU FOODS, Motion to Stay All Proceedings is **GRANTED** pending the transfer decision by the Judicial Panel on Multidistrict Litigation in the case styled *In re Pet Food Products Liability Litigation*, MDL No. 1850, and a determination of class certification by the transferor court. All parties shall, during the pendency of the stay of this matter, comply with their duty to preserve all evidence that may be relevant to this action. This duty extends to documents, electronic data, and tangible things in the

possession, custody and control of the parties to this action, and any employees, agents, contractors, or carriers who possess materials reasonably anticipated to the subject of discovery in this action. "Preservation" is to be interpreted broadly to accomplish the goal of maintaining the integrity of all documents, data and tangible things reasonably anticipated to be the subject of discovery under Fed. R. Civ. P. 26, 45 and 56(e) in this action. Preservation includes taking reasonable steps to prevent the partial of full destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration, theft, or mutation of such material, as well as negligent or intentional handling that would make material incomplete or inaccessible. If the business practices of any party involve the routine destruction, recycling, relocation, or mutation of materials, the party must, to the extent practicable for the pendency of this order, either:

    i)    halt such business practices;

    ii)    sequester or remove such material from the business process; or

    iii)    arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

**DONE AND ORDERED** in Fayetteville, AR Washington County, Arkansas this ___ day of April 2007.

_____
The Honorable Robert Dawson
United States District Court Judge

Copies furnished:
Counsel of Record