UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD SCOTT and BARBARA WIDEN, )
Individually and All other Persons )
Similarly Situated )
        Plaintiffs )
)
vs. )
) Case No. CV 07-5055
)
MENU FOODS; MENU FOODS INCOME )
FUND; MENU FOODS GEN PAR )
LIMITED; MENU FOODS LIMITED )
PARTNERSHIP; MENU FOODS )
OPERATING PARTNERSHIP; MENU )
FOODS MIDWEST CORP; MENU FOODS )
SOUTH DAKOTA; MENU FOODS, INC., )
MENU FOODS HOLDINGS, INC., )
WAL-MART STORES, INC. )
        Defendants )

## NOTICE OF TRANSFER TO DISTRICT OF NEW JERSEY

COMES NOW the Menu Foods Defendants, and hereby gives notice to this Honorable Court that on June 19, 2007, the Judicial Panel on Multidistrict Litigation issued a Transfer Order, attached hereto as Exhibit A and incorporated herein by reference, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), assigning the MDL to Judge Noel L. Hillman of the District of New Jersey, and transferring the above-captioned matter to the MDL.

Respectfully submitted,

    /s/ Christy Comstock
Christy Comstock (AR #92246)
Robert L. Jones, III (AR #69041)
Jones & Harper
21 West Mountain, Suite 300
Fayetteville, AR 72701
(479) 582-3382
Fax (479) 587-8189

ATTORNEYS FOR SEPARATE DEFENDANTS, MENU FOODS, MENU FOODS INCOME FUND, MENU FOODS GEN PAR LIMITED, MENU FOODS LIMITED PARTNERSHIP, MENU FOODS OPERATING PARTNERSHIP, MENU FOODS MIDWEST CORP, MENU FOODS SOUTH DAKOTA, MENU FOODS, INC. and MENU FOODS HOLDINGS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this _27_ day of June 2007, by first class mail, postage prepaid to:

Jeremy Y. Hutchinson
Jack Thomas Paterson II
PATTON, ROBERTS, MCWILLIAMS
 & CAPSHAW, LLP
Stephens Building
111 Center St., Suite 1315
Little Rock, AR 72201

Attorney for the Plaintiffs

Richard Adams
James C. Wyly
Sean Rommel
PATTON, ROBERTS, MCWILLIAMS & CAPSHAW
Century Bank Plaza, Suite 400
Texarkana, TX 75505-6128

    /s/ Christy Comstock
Christy Comstock

2