|  | UNITED STATES DISTRICT COURT | CAMDEN OFFICE |
|---|---|---|
|  | MARTIN LUTHER KING, JR. | 4th & Cooper Streets |
| William T. Walsh | FEDERAL BLD & U.S. COURTHOUSE | P.O. Box 2797 |
| Clerk | 50 WALNUT STREET | Camden, N.J. 08101 |
|  | P.O. BOX 419 |  |
|  | NEWARK, N.J. 07101-0419 | TRENTON OFFICE |
|  |  | 402 East State Street |
|  |  | P.O. Box 515 |
|  |  | Trenton, N.J. 08603 |

June 25, 2007                                                            REPLY TO: CAMDEN

Arkansas Western District Court
Christopher R. Johnson, Clerk
P.O. Box 1547
Fort Smith, AR 72902

Re: MDL1850 In re Pet Food Products Liability Litigation

    Charles Ray Sims, et al v. Menu Foods Income Fund, et al 5:07-5053
    Richard Scott Widen, et al v. Menu Foods, Inc., et al 5:07-5055

  District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                                                   Sincerely,

                                                                   WILLIAM T. WALSH, Clerk
                                                                   Marcy Barratt
                                                                   /s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation