## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **RICHARD SCOTT AND** | § | |
| **BARBARA WIDEN, Individually and** | § | |
| **All Other Persons Similarly Situated,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **CASE NO. 07-5055** |
| | § | |
| **MENU FOODS; MENU FOODS** | § | |
| **INCOME FUND; MENU FOODS** | § | |
| **GEN PAR LIMITED; MENU FOODS** | § | |
| **LIMITED PARTNERSHIP; MENU** | § | |
| **FOODS OPERAING PARTERNSHIP;** | § | |
| **MENU FOODS MIDWEST CORP;** | § | |
| **MENU FOODS SOUTH DAKOTA;** | § | |
| **MENU FOODS, INC.; MENU** | § | |
| **FOODS HOLDINGS, INC.;** | § | |
| **WAL-MART STORES, INC.,** | § | |
| | § | |
| **Defendants** | § | |

## NOTICE OF ATTORNEY APPEARANCE

Comes now Leisa B. Pearlman, of the law firm Patton, Roberts, McWilliams & Capshaw, LLP, and hereby enters her appearance as an attorney of record in this cause on behalf of Plaintiffs, Richard Scott and Barbara Widen, and requests the Clerk of the above named Court to enter the same of record.

Respectfully submitted,

/s/ Leisa B. Pearlman
Leisa B. Pearlman
AR State Bar No. 92070

**NOTICE OF ATTORNEY APPEARANCE – Page 1**

**PATTON, ROBERTS, MCWILLIAMS
& CAPSHAW, L.L.P.**
2900 St. Michael Drive, Suite 400
Post Office Box   6128
Texarkana, Texas  75505-6128
Telephone: (903) 334-7000
Facsimile:  (903) 334-7007

ATTORNEYS FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served through electronic filing to all counsel of record on this 16th day of August, 2007.

/s/ Leisa B. Pearlman
Leisa B. Pearlman