IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD SCOTT and BARBARA WIDEN,
Individually and All other Persons
Similarly Situated                                         PLAINTIFFS

V.                        Case No. 07-CV-5055

MENU FOODS, et al.                                         DEFENDANTS

## ORDER

Now before this Court is the Motion to Withdraw filed by counsel for the Menu Foods Defendants requesting that Christy Comstock be permitted to withdraw as counsel and that Robert L. Jones, III of Jones & Harper be permitted to continue the uninterrupted representation of the Menu Foods Defendants. (Doc. 19). The Court finds that the motion should be GRANTED, and Ms. Comstock is allowed to withdraw as attorney of record.

IT IS SO ORDERED THIS 29TH DAY OF OCTOBER 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge